Allison M. Wuertz (N.J. No. 41862011)
Phoebe A. Wilkinson (Pro Hac Vice Application Forthcoming)
Daniel Petrokas (Pro Hac Vice Application Forthcoming)

**HOGAN LOVELLS US LLP**
390 Madison Avenue New York, NY 10017
allison.wuertz@hoganlovells.com
phoebe.wilkinson@hoganlovells.com
daniel.petrokas@hoganlovells.com
Tel: (212) 918-3000
Fax: (212) 918-3100

*Counsel for Defendant LG Electronics U.S.A., Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PEDRO BRITO, on behalf of himself and all others similarly situated, <br><br>  Plaintiff, <br><br> v. <br><br> LG ELECTRONICS USA, INC. AND LG ELECTRONICS INC., <br><br>  Defendants. | No. 2:22-cv-05777-JMV-JSA <br><br> **NOTICE OF MOTION AND DEFENDANT LG ELECTRONICS U.S.A., INC.'S MOTION TO COMPEL ARBITRATION** |

**PLEASE TAKE NOTICE** that, on December 19, 2022, at 10:00 a.m. or as soon thereafter as counsel may be heard by the above-entitled court, Defendant LG Electronics USA., Inc. ("LG"), will and hereby does move before the Honorable John Michael Vazquez, at the United States District Court for the District of New Jersey, Martin Luther King, Jr. Federal Building & United States Courthouse, 50 Walnut Street, Newark, NJ 07101, for an Order under the Federal Arbitration Act, 9 U.S.C. §§1-16, compelling arbitration of all causes of actions against it in the above-captioned matter;

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, LG shall rely on the accompanying brief along with the supporting Declaration of Alisa Baker, the supporting Declaration of Phoebe A. Wilkinson, and the exhibits thereto, all of which are incorporated by reference herein; and

**PLEASE TAKE FURTHER NOTICE** that LG requests that the Court enter the proposed Order attached hereto.

Dated:   New York, New York
         November 14, 2022

                                                 **HOGAN LOVELLS US LLP**

By: _____
Allison M. Wuertz (N.J. No. 041862011)
allison.wuertz@hoganlovells.com
Phoebe A. Wilkinson *(Pro Hac Vice Application To Be Submitted)*
phoebe.wilkinson@hoganlovells.com
Daniel Petrokas *(Pro Hac Vice Application To Be Submitted)*
daniel.petrokas@hoganlovells.com

390 Madison Avenue
New York, NY 10017
(212) 918-3000 (p)
(212) 918-3100 (f)

*Attorneys for LG Electronics USA, Inc.*

2

## CERTIFICATE OF SERVICE

 I hereby certify that on November 14, 2022, I caused a true and correct copy of the foregoing Notice of Motion and Defendant LG Electronics U.S.A., Inc.'s Motion to Compel Arbitration to be served, together with all materials in support thereof, on all counsel of record via the Court's electronic filing system.

_/s/ Allison M. Wuertz_<br>
Allison M. Wuertz