IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

PEDRO BRITO, on behalf of himself
and all others similarly situated,

      Plaintiff,

  v.

LG ELECTRONICS USA, INC. and LG
ELECTRONICS INC.,

      Defendants.

**Case 2:22-cv-05777-JMV-JSA**

## NOTICE OF APPEAL

    Alan M. Feldman
    Edward S. Goldis
    Zachary Arbitman
    FELDMAN SHEPHERD WOHLGELERNTER
    TANNER WEINSTOCK & DODIG, LLP
    1845 Walnut Street, 21st Floor
    Philadelphia, PA 19103

    Michael F. Ram
    Marie N. Appel
    MORGAN & MORGAN
    711 Van Ness Ave, Suite 500
    San Francisco, CA 94102

*Attorneys for Plaintiff and the Class*

1

PLEASE TAKE NOTICE THAT:

Plaintiff Pedro Brito, by and through his undersigned counsel, appeals to the United States Court of Appeals for the Third Circuit from the Order and Opinion of the Hon. John Michael Vazquez dated March 29, 2023 granting LG Electronics USA, Inc.'s motion to compel arbitration and staying this matter pending arbitration, ECF 32-33, as well as all other appealable orders and rulings adverse to him related to that Order.

                                      Respectfully submitted,

Dated: April 7, 2023           */s/ Zachary Arbitman*
                                      Alan M. Feldman
                                      Edward S. Goldis
                                      Zachary Arbitman
                                      FELDMAN SHEPHERD WOHLGELERNTER
                                      TANNER WEINSTOCK & DODIG, LLP
                                      1845 Walnut Street, 21st Floor
                                      Philadelphia, PA 19103
                                      T: (215) 567-8300
                                      F: (215) 567-8333
                                      afeldman@feldmanshepherd.com
                                      egoldis@feldmanshepherd.com
                                      zarbitman@feldmanshepherd.com

                                      Michael F. Ram
                                      Marie N. Appel
                                      MORGAN & MORGAN
                                      711 Van Ness Ave, Suite 500
                                      San Francisco, CA 94102
                                      T: (415) 358-6913
                                      F: (415) 358-6923
                                      mram@forthepeople.com
                                      mappel@forthepeople.com
                                      *Attorneys for Plaintiff and the Class*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on April 7, 2023, a true and accurate copy of the foregoing has been electronically filed with the Clerk of this Court via this Court's CM/ECF System, which will send notice to all counsel of record registered with this Court's Electronic Case Filing System.


Dated: April 7, 2023                         */s/ Zachary Arbitman*
                                             Zachary Arbitman