UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-1661

Peter Brito v. LG Electronics USA Inc, et al

(U.S. District Court No.: 2-22-cv-05777)

**ORDER**

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: April 24, 2023
PDB/cc: Zachary Arbitman, Esq.
      Alan M. Feldman, Esq.
      Edward S. Goldis, Esq.
      Mr. William T. Walsh,
      Allison M. Wuertz, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate